59 A.3d 599

IN THE MATTER OF EDWARD RALPH BASSETTI, AN
ATTORNEY AT LAW (ATTORNEY NO. 006741987).

February 8, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–209, concluding that **EDWARD RALPH BASSETTI** of **SADDLE BROOK,** who was admitted to the bar of this State in 1987, should be reprimanded for violating *RPC* 1.15(a)(failure to safeguard escrow funds), and good cause appearing;

It is ORDERED that **EDWARD RALPH BASSETTI** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.